FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UPPER COLUMBIA PROPERTIES, LLC, a Washington limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COLVILLE,<br><br>Defendant. | No.  2:25-CV-00407-ACE<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>**ECF No. 31** |

**BEFORE THE COURT** is the parties' stipulation of dismissal with prejudice.  ECF No. 31.  Plaintiff is represented by Mackenzie B. Schmitt; Defendant is represented by Kenneth W. Harper and Quinn N. Plant.  The Court has reviewed the pending stipulation and is fully informed.  Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1.     The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 31**, is **GRANTED**.

2.     Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3.     Defendant's Motion for Judgment on the Pleadings, **ECF No. 26**, and Motion for Partial Summary Judgment, **ECF No. 28**, are **DENIED AS MOOT**.

ORDER - 1

4. The trial date and any remaining pretrial deadlines are **STRICKEN**.

5. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED April 21, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2